# ORIGINAL

RECEIVED

AUG 2  4 46 PM '05

U.S. DISTRICT COURT
DISTRICT OF NEVADA

1   DANIEL MARKS, ESQ.
    Nevada Bar No. 2003
2   ADAM LEVINE, ESQ.
    Nevada Bar No. 4673
3   LAW OFFICES OF DANIEL MARKS
    302 E. Carson Ave., Ste. 702
4   Las Vegas, NV  89101
    Telephone: (702) 386-0536
5   Facsimile: (702) 386-6812

6   Attorneys for Plaintiff
    JONATHAN R. ROSARIO
7
    GREGORY H. KING, ESQ.
8   Nevada Bar No. 7777
    THAYNE A. LARSON, ESQ.
9   Nevada Bar No. 9099
    PAYNE & FEARS LLP
10  Attorneys at Law
    300 S. Fourth Street, Suite 500
11  Las Vegas, NV 89101
    Telephone: (702) 382-3574
12  Facsimile: (702) 382-3834

13  Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

14

15

16          **UNITED STATES DISTRICT COURT**

17              **DISTRICT OF NEVADA**

18

19  JONATHAN R. ROSARIO,                CASE NO. CV-S-05-0323-RCJ (LRL)

20          Plaintiff,                  **STIPULATION FOR DISMISSAL OF
                                        ENTIRE ACTION**
21      v.

22  HOME DEPOT U.S.A., INC.,

23          Defendant.

24

25

26  / / /

27  / / /

28  / / /

13

ORIGINAL

IT IS HEREBY STIPULATED by and between Plaintiff Jonathan R. Rosario ("Rosario") and Defendant Home Depot U.S.A., Inc., through their counsel of record, that all claims for relief in the above-captioned action brought by Rosario be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: _____    LAW OFFICES OF DANIEL MARKS

By:_____
   DANIEL MARKS, ESQ.
   Nevada Bar No. 2003
   ADAM LEVINE, ESQ.
   Nevada Bar No. 4673
   Attorneys for Plaintiff
   JONATHAN R. ROSARIO

DATED: August 2, 2005    PAYNE & FEARS LLP

By:_____
   GREGORY H. KING, ESQ.
   Nevada Bar No. 7777
   THAYNE A. LARSON, ESQ.
   Nevada Bar No. 9099
   Attorneys for Defendant
   HOME DEPOT U.S.A., INC.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF JONATHAN R. ROSARIO BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

DATED: _8 05_    _____
                 UNITED STATES DISTRICT JUDGE

289033.1